**Motion for rehearing overruled, Order issued April 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01284-CV

## IN THE INTEREST OF N.T, A CHILD

**On Appeal from the 256th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-11-00657-Z**

## ORDER

Before Chief Justice Wright, Justice Lang, and Justice Evans

The motion for rehearing of In re N.T. is overruled.


/s/     DOUGLAS S. LANG
        JUSTICE